

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| GREG DUDLEY, | § | No. 08-17-00125-CR |
| Appellant, | § | |
| | § | Appeal from the |
| v. | § | 120th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20150D02228) |
| | § | |

# **O R D E R**

The Court GRANTS the Court Reporter's third request for an extension of time within which to file the Reporter's Record until **October 31, 2017.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Maria Caraveo, Court Reporter for the 120th District Court, for El Paso County, Texas, prepare the Reporter's Record for the above styled and numbered cause, and forward the same to this Court on or before **October 31, 2017.**

IT IS SO ORDERED this 16th day of October, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.